77 F.3d 467
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert Lee BROCK, a/k/a Two Souls Walker, Plaintiff-Appellant,
v.
William BOBBITT, Jr., Defendant-Appellee.
 No. 95-7828.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 7, 1996.
Decided Feb. 28, 1996.
 
 Robert Lee Brock, Appellant Pro Se.
 Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny in forma pauperis status and dismiss the appeal on the reasoning of the district court. Brock v. Bobbitt, No. CA-95-748-2 (E.D. Va. July 24, 1995; Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED